IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALTERRA BREWINGTON,   )<br>    Plaintiff,         )<br>                     )<br>v.                   )   CIV. ACT. NO.  2:11cv793-TMH<br>                     )              (WO)<br>D. DANIELS, *et al*.,    )<br>    Defendants.       ) | |

**OPINION and ORDER**

On November 7, 2012, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 27). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED as follows that:

1.    The Recommendation of the Magistrate Judge be and is hereby ADOPTED;

2.    The defendants' motion for summary judgment be and is hereby GRANTED to the extent the defendants seek dismissal due to the plaintiff's failure to properly exhaust administrative remedies;

3.    This case be and is hereby DISMISSED with prejudice in accordance with the provisions of 42 U.S.C. § 1997e(a) for the plaintiff's failure to properly exhaust an administrative remedy available to him during his confinement in the Kilby Correctional Facility;. and

4.    No costs be and are TAXED herein.

Done this the 30th day of November, 2012.

/s Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE